# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>OLEKSANDR IEREMENKO,<br>SPIRIT TRADE, LTD.,<br>SUNGJIN CHO,<br>DAVID KWON,<br>IGOR SABODAKHA,<br>VICTORIA VOROCHEK,<br>IVAN OLEFIR,<br>CAPYIELD SYSTEMS, LTD., and<br>ANDREY SARAFANOV,<br><br>    Defendants,<br>and<br><br>KYUNGJA CHO,<br>LYUDMILA KALINKINA,<br>ANDREY MELEYNIKOV, and<br>IVAN SOLOVEV<br><br>    Relief Defendants., | Civil Action No.<br><br>19-505 (MCA) (LDW)<br><br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a July 21, 2020 telephone conference before the undersigned, and the parties' having submitted a joint letter dated July 31, 2020 (ECF No. 94), and for good cause shown,

**IT IS, on this 12th day of August 2020, ORDERED** that the Pretrial Scheduling Order entered September 16, 2019 (ECF No. 66), as subsequently amended, is hereby further amended as follows:

1. Fact discovery is extended through **November 13, 2020**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. All affirmative expert reports shall be delivered by **December 18, 2020**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

3. All responding expert reports shall be delivered by **January 22, 2021**. Any such report shall comport with the form and content requirements referenced above.

4. All reply expert reports shall be delivered by **February 19, 2021**. Any such report shall comport with the form and content requirements referenced above.

5. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **March 26, 2021**.

6. The parties shall appear for a settlement conference before the undersigned on **October 14, 2020 at 10:00 a.m.** in Courtroom 3C of the Martin Luther King Jr. Federal Building and U.S. Courthouse, if circumstances allow (otherwise, by Zoom videoconference or telephone conference). Clients with full and immediate settlement authority should be physically present. Confidential settlement letters, which shall not exceed ten (10) pages absent leave from the Court, shall be sent to **LDW_orders@njd.uscourts.gov** at least three business days prior to the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than three business days in advance of the settlement conference.

        *s/ Leda Dunn Wettre*
        Hon. Leda Dunn Wettre
        United States Magistrate Judge