

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

October 7, 2020

**VIA ECF**

Honorable Leda Dunn Wettre
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    <u>U.S. Securities and Exchange Commission v. Ieremenko, et al.</u>
             Case No. 19-cv-00505 (MCA)(LDW)

Dear Judge Wettre,

    We wish to make the Court aware that plaintiff Securities and Exchange Commission ("SEC") and Defendant Sungjin Cho and Relief Defendant Kyungja Cho have reached an agreement in principle regarding settlement. Any settlement must be reviewed and approved by the SEC's five Commissioners, a process that typically takes several weeks, before a consent and proposed final judgment can be submitted to the Court. Counsel for the SEC have initiated the review and approval process, and if and when the recommended settlement has been approved by the Commission, the parties will submit the settlement papers to the Court as expeditiously as possible. In the interim, the SEC intends to appear at the settlement conference scheduled for October 14, 2020, with respect to Defendants Ivan Olefir and Capyield Systems, Ltd. Counsel for Defendant S. Cho and Relief Defendant K. Cho respectfully requests that he be excused from the settlement conference.

                                        Respectfully submitted,

                                        /s/ Olivia S. Choe
                                        *Counsel for Plaintiff*

                                        /s/  Sean Prosser
                                        *Counsel for Defendant S. Cho and*
                                        *Relief Defendant K. Cho*

cc:    Counsel of record (via ECF)