# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>OLEKSANDR IEREMENKO, SPIRIT TRADE, LTD., SUNGJIN CHO, DAVID KWON, IGOR SABODAKHA, VICTORIA VOROCHEK, IVAN OLEFIR, CAPYIELD SYSTEMS, LTD., and ANDREY SARAFANOV,<br><br>        Defendants,<br><br>and<br><br>KYUNGJA CHO, LYUDMILA KALINKINA, ANDREY MELEYNIKOV, and IVAN SOLOVEV<br><br>        Relief Defendants, | Civil Action No.<br><br>19-505 (MCA) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of letters dated October 7, 2020 and October 8, 2020 from the Securities and Exchange Commission reporting that a settlement in principle has been reached with the remaining defendants (ECF Nos. 99, 100);

**IT IS** on this day, October 13, 2020:

**ORDERED** that the settlement conference scheduled for October 14, 2020 is adjourned sine die; it is further

2

**ORDERED** that the parties shall file a status letter regarding of the finalization of settlement on or before **November 13, 2020**.

       *s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge