

**SECURITIES AND EXCHANGE COMMISSION**
DIVISION OF ENFORCEMENT
100 F Street, N.E.
WASHINGTON, DC 20549

**Stephan J. Schlegelmilch**
**Supervisory Trial Counsel**
**Trial Unit, Mail Stop 5977**
**(202) 551-4935 (t)**
**(301) 623-1184 (f)**
**SchlegelmilchS@SEC.gov**

November 13, 2020

**BY ECF**

Honorable Madeline Cox Arleo
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:  **SEC v. Ieremenko, et al., Case No. 19-cv-505**

Dear Judge Arleo,

    Pursuant to the Court's Order dated October 13, 2020 (ECF No. 101), plaintiff U.S. Securities and Exchange Commission ("SEC") and defendants Sungjin Cho, Ivan Olefir, Capyield Systems, Ltd., and relief defendant Kyungja Cho (collectively, the "parties") respectfully submit the following status update regarding settlement.

    On October 7 and 8, 2020, the parties notified the Court that they had reached agreements in principle regarding settlement, subject to the approval of the Commissioners of the SEC and the Court (ECF Nos. 99-100). Counsel for the SEC subsequently received authorization from the Commission to seek Court approval of the proposed settlements. On November 5, 2020, the SEC submitted an agreed motion to approve proposed final judgments as to defendants Sungjin Cho, Ivan Olefir, and Capyield Systems, Ltd., along with consents executed by each defendant (ECF No. 105). Also on November 5, 2020, the SEC submitted an agreed motion to dismiss with prejudice its complaint as to relief defendant Kyungja Cho pursuant to Fed. R. Civ. P. 41(a)(2) (ECF No. 106). If granted, these motions will resolve the SEC's claims against these defendants, who are the only defendants who have answered the SEC's complaint and participated in the litigation.

                                  Very truly yours,

                                    */s/ Stephan J. Schlegelmilch*

                                  Stephan J. Schlegelmilch

cc:    All counsel of record (via ECF)