UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br> v.<br><br>OLEKSANDR IEREMENKO, *et al.*,<br><br>     Defendants. | Case No. 19-cv-00505-MCA |

**NOTICE REGARDING JUDGMENT AS TO DEFENDANT DAVID KWON**

 Plaintiff U.S. Securities and Exchange Commission ("SEC") hereby gives notice to this Court that, in accordance with paragraph IV of the Judgment As To Defendant David Kwon (ECF No. 87), it does not intend to file a motion seeking a civil penalty against Defendant Kwon. Based on his cooperation and other considerations, the SEC seeks no further relief in the action against him.

Dated: December 10, 2020      Respectfully submitted,

                */s/ Stephan J. Schlegelmilch*
               Olivia S. Choe
               Stephan J. Schlegelmilch
               Christopher M. Bruckmann
               U.S. SECURITIES AND EXCHANGE COMMISSION
               100 F Street, N.E.
               Washington, DC 20549
               Tel: (202) 551-4881 (Choe)
               Tel: (202) 551-4935 (Schlegelmilch)
               Tel: (202) 551-5986 (Bruckmann)
               ChoeO@SEC.gov
               SchlegelmilchS@SEC.gov
               BruckmannC@SEC.gov

               *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2020, I filed a copy of the foregoing using this Court's CM/ECF system and thereby caused a copy of the document to be served electronically on all parties of record.

                                          /s/ Stephan J. Schlegelmilch
                                          *Counsel for Plaintiff*