**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> OLEKSANDR IEREMENKO, *et al.* <br><br> Defendants, | Civil Action No. 19-cv-00505-MCA |

**ORDER DISMISSING COMPLAINT**
**AS TO RELIEF DEFENDANT KYUNGJA CHO**

**WHEREAS**, the U.S. Securities and Exchange Commission ("SEC") having filed a motion, pursuant to Federal Rule of Civil Procedure 41(a)(2), to voluntarily dismiss its Complaint (ECF No. 1), with prejudice, as to Relief Defendant Kyungja Cho; and

**WHEREAS**, Relief Defendant Kyungja Cho and the SEC both consent through counsel to the entry of this Order,

**IT IS HEREBY ORDERED THAT:**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the SEC's Complaint (ECF No. 1) is dismissed, with prejudice, as to Relief Defendant Kyungja Cho. This Order shall have no effect whatsoever on the SEC's Complaint and/or claims against any other defendant to this action.

**IT IS SO ORDERED.**

Dated: 6/1/21

_____
HON. MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE