UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OLEKSANDR IEREMENKO, *et al.*<br><br>　　　　　　Defendants, | Case No. 19-cv-00505-MCA-LDW |

**PLAINTIFF'S NOTICE OF DISMISSAL
<u>AS TO DEFENDANT SPIRIT TRADE, LTD.</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff U.S. Securities and Exchange Commission ("SEC") hereby provides notice of its dismissal of its Complaint (ECF No. 1) as to Defendant Spirit Trade, Ltd. This notice shall have no effect whatsoever on the SEC's Complaint and/or claims against any other defendant to this action.

Dated: April 9, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Stephan J. Schlegelmilch*
　　　　　　　　　　　　　　　　　　　　Olivia S. Choe
　　　　　　　　　　　　　　　　　　　　Stephan J. Schlegelmilch
　　　　　　　　　　　　　　　　　　　　Christopher M. Bruckmann
　　　　　　　　　　　　　　　　　　　　U.S. SECURITIES AND EXCHANGE COMMISSION
　　　　　　　　　　　　　　　　　　　　100 F Street, N.E.
　　　　　　　　　　　　　　　　　　　　Washington, DC 20549
　　　　　　　　　　　　　　　　　　　　Tel: (202) 551-4881 (Choe)
　　　　　　　　　　　　　　　　　　　　Tel: (202) 551-4935 (Schlegelmilch)
　　　　　　　　　　　　　　　　　　　　Tel: (202) 551-5986 (Bruckmann)
　　　　　　　　　　　　　　　　　　　　ChoeO@SEC.gov
　　　　　　　　　　　　　　　　　　　　SchlegelmilchS@SEC.gov
　　　　　　　　　　　　　　　　　　　　BruckmannC@SEC.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

SO ORDERED

　*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  7/22/21